Case 3:17-cr-02226-MMA   Document 95   Filed 09/16/20   PageID.420   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>CHRISTINA LAMBERT (2)<br><br>Date of Original Judgment: 06/04/2018<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)   Case No: 17cr2226-MMA<br>)   USM No: 72908198<br>)<br>)   Robert Carriedo<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 for compassionate release and a corresponding reduction in the term of imprisonment imposed, and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.13 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons set forth in the contemporaneously filed memorandum decision, IT IS HEREBY ORDERED that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __sixty (60) months__ months **is reduced to** __time served__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/04/2018__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  September 16, 2020       _____
                                         *Judge's signature*

Effective Date: _____        Hon. Michael M. Anello, United States District Judge
*(if different from order date)*            *Printed name and title*